106 A.3d 1294

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Thomas F. BRENNAN, Petitioner.**

**No. 131 EM 2014.**

Supreme Court of Pennsylvania.

Oct. 21, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of October, 2014, the Petition for Review is **DENIED.**